UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

WORDTECH SYSTEMS, INC., a California corporation,

       Plaintiff,

  v.

INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, dba INTEGRATED NETWORK SOLUTIONS, CORP. aka INTEGRATED NETWORK SOLUTIONS aka INTEGRATED SYSTEMS aka INTEGRATED NETWORK STORAGE COMPANY aka INSC; NASSER KHATEMI, an individual; HAMID ASSADIAN, an individual; EHTERAM GHODSIAN, an individual; SHOHREH JAVADI, an individual; MICHAEL F. ELLSWORTH, an individual; BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1-50,

       Defendants.

No. 2:04-cv-1971-MCE-PAN

ORDER

----oo0oo----

    Plaintiff Wordtech Systems, Inc. ("Wordtech") has filed a Motion to Extend Discovery Cut-off in this matter, which is

1

currently set to expire on January 20, 2006. According to Wordtech, the Integrated Network Solutions Defendants, which include both Integrated Networks and Defendants Khatemi and Assadian (hereinafter "INSC Defendants"), have failed to respond to previous discovery efforts in a forthcoming manner, thereby necessitating an extension in order to complete the discovery process. No previous extension of the discovery cut-off has been sought.

The INSC Defendants, in response, indicate that they do not oppose an extension of discovery by at least sixty (60) days, stating that Wordtech has also failed to fully cooperate with their discovery requests. In addition, Co-Defendant and Cross-Claimant San Juan Unified School District has filed a joinder to Wordtech's continuance request on grounds that additional time to complete discovery is indeed necessary.

Given the non-opposition to Wordtech's request, and good cause appearing therefor, the Motion to Extend Discovery is GRANTED.[1] Discovery shall be completed not later than March 20, 2006. Consistent with that extension, the deadlines for expert designation and the hearing of dispositive motions are also continued to May 19, 2006 and June 19, 2006, respectively. The August 14, 2006 date for the Final Pretrial Conference, as well as the September 20, 2006 trial date, remain unchanged pursuant

//
//

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument. E.D. Local Rule 78-230(h).

1 | to the Court's Amended Pretrial (Status) Scheduling Order of July
2 | 15, 2005.  No further extensions will be granted.
3
4 |     IT IS SO ORDERED.
5
6 | DATED: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE