UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WORDTECH SYSTEMS INC., a California corporation,

Plaintiff,

v.

INTEGRATED NETWORK SOLUTIONS, INC., et al,

Defendants.

CIV S-04-1971 MCE PAN (JFM)

ORDER

Plaintiff's motions to compel discovery and for sanctions, filed March 2, 2006 and noticed for hearing on April 13, 2006, are outside the March 20, 2006 discovery deadline set by the District Judge. Accordingly, the hearings on these matters are dropped from calendar.

DATED: April 12, 2006.

UNITED STATES MAGISTRATE JUDGE

006:word1971.ord