IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WORDTECH SYSTEMS, INC.,
        Plaintiff(s),

     vs.                                         CIV-S-04-1971-MCE-EFB

INTEGRATED NEWTWORK
SOLUTIONS, CORP, et al.
        Defendant(s).
_____/

       Defendants filed a discovery motion on October 4, 2006 and set the matters for hearing **October 25, 2006 @ 10:00 a.m**. This motion, together with the previously filed discovery motions will all be heard on the same date. Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement *shall be filed in no later than five court days before the scheduled hearing.* Unless a copy is delivered personally to chambers on the day after filing, the parties may not file the joint statement in the court drop box. The filing deadline, accordingly, will be October 18, 2006.

       The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. Id.

       Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

       The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

Dated: 10/04/06

                                                           EDMUND F. BRENNAN
                                                           U.S. Magistrate Judge