1

Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615

2

San Francisco, CA 94102
(415) 291-8900

3

Fax: (415) 291-8391
email: danr@richardsonlaw.com

4

5

Attorney for Defendants
NASSER KHATEMI
HAMID ASSADIAN

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

WORDTECH SYSTEMS, INC., a California
Corporation,

11

Case No.: 2:04-cv-1971-MCE

12

Plaintiff,

13

vs.

**ORDER SHORTENING TIME**

14

15

INTEGRATED NETWORK SOLUTIONS,  Inc. a
Nevada  corporation Corp. DBA INTEGRATED
NETWORK SOLUTIONS CORP. AKA

16

INTEGRATED NETWORK SOLUTIONS AKA

17

INTEGRATED SYSTEMS AKA INTERNET
NETWORK STORAGE COMPANY, AKA INSC;

18

NASSER KHATEMI, an individual, HAMID
ASSADIAN, an Individual, EHTERAM

19

GHODSIAN, an individual, SHOHREH JAVADI,

20

an individual, MICHAEL F. ELLSWORTH, an
individual; BRIAN J. DEAN, an individual; SAN

21

JUAN UNIFIED SCHOOL DISTRICT; and
DOES 1 – 50,

22

23

Defendants

24

AND RELATED CROSS-ACTION

25

//

26

///

27

///

28

1    The Application for an Order Shortening Time of Defendants Nasser Khatemi and Hamid

2 Assadian to have their motions for Summary Judgment or in the Alternative for Summary

3 Adjudication of Defenses to be heard on April 16, 2007, at 9:00 AM in the above-entitled court is

4 granted, with any opposition papers to be filed by April 5, 2007 and any Reply papers to be filed

5 April 11, 2007.

6    IT IS SO ORDERED

7 DATED: March 29, 2007

8

9    MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SHORTENING TIME                                          2