UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., A California Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>INTEGRATED NETWORK SOLUTIONS, CORP., dba INTEGRATED SYSTEMS, aka INTERNET NETWORK STORAGE COMPANY, aka INSC; NASSER KHATEMI; HAMID ASSADIAN; BRIAN J. DEAN; MICHAEL F. ELLSWORTH; EHTERAM GHODSIAN; INTEGRATED NETWORK SOLUTIONS, INC., a Nevada Corporation; SHOHREH JAVADI; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1-50,<br><br>    Defendants. | No. 2:04-cv-01971-MCE-EFB<br><br><br><br><u>ORDER</u> |

----oo0oo----

Through the present action, Plaintiff Wordtech Systems, Inc. ("Wordtech") alleges that Defendants Network Solutions, Inc., Nasser Khatemi and Hamid Assadian ("Defendants") infringed several of its patents.

1

By Memorandum and Order dated June 21, 2007, the Court granted partial summary judgment in favor of Wordtech on grounds that any alleged invalidity of the patents in question had not properly been raised by Defendants as an affirmative defense in this litigation. Consequently the Court determined the patents to be valid.

In addition to moving for a summary adjudication as to the validity of the patents, Wordtech also filed a Motion to Strike Defendants' Expert Witness Disclosure and to Exclude Expert Witness Testimony. The sole expert disclosed by Defendants on January 23, 2007 was Lawrence Kamm, a licensed professional engineer, whose report expressed an opinion that the patents in question were invalid because of prior art. Mr. Kamm expressed no opinion as to whether any infringement on the part of Defendants had occurred since he believed the issue of infringement to be moot if the patents in fact were invalid.

In light of the Court's June 21, 2007 Order finding the patents to be valid as a matter of law, any expert opinion proffered by Defendants as to the invalidity of the patents is now moot. Moreover, with respect to infringement, Mr. Kamm's report offered no opinion as to that issue. In addition, Defendants did not oppose Wordtech's Motion to Strike the expert disclosure as to infringement.

///
///
///

1  Wordtech's Motion to Strike Expert Witness Disclosure and to
2  Exclude Expert Witness Testimony is accordingly GRANTED.[1]
3  Lawrence Kamm shall be precluded from providing expert witness
4  testimony or opinion at trial on the issues of invalidity of the
5  patents at issue and infringement.
6      IT IS SO ORDERED.

Dated: July 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

3