1  CHRISTIAN J. MARTINEZ (State Bar No. 215360)
   2500 Dean Lesher Drive, Suite A
2  Concord, CA 94520
   Telephone: (925) 689-1200
3  Facsimile: (925) 689-1263
   cmartinez@copypro.com
4
   RICHARD ESTY PETERSON (State Bar No. 41013)
5  1905-D Palmetto Avenue
   Pacifica, CA 94044
6  Telephone: (650) 557-5708
   Facsimile: (650) 557-5716
7
   Attorneys for Plaintiff,
8  WORDTECH SYSTEMS, INC.

9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

13 WORDTECH SYSTEMS, INC., a California       Case No.: 2:04-cv-01971-MCE-EFB
   Corporation,
14
        Plaintiff,
15
16 v.                                          **STIPULATION TO CONTINUE TRIAL
                                                DATE AND ORDER THEREON**
17 INTEGRATED NETWORK SOLUTIONS, INC., a
   Nevada corporation, dba INTEGRATED
18 NETWORK SOLUTIONS, CORP. aka
   INTEGRATED NETWORK SOLUTIONS aka          **Trial:**      August 25, 2008
19 INTEGRATED SYSTEMS aka                    **Time:**       9:00 a.m.
   INTERNETNETWORK STORAGE COMPANY           **Judge:**      Hon. Morrison C. England, Jr.
20 aka INSC; NASSER KHATEMI, an individual;  **Courtroom:**  7
   HAMID ASSADIAN, an individual; EHTERAM
21 GHODSIAN, an individual; SHOREH JAVADI, an
   individual; MICHAEL F. ELLSWORTH, an
22 individual; BRIAN J. DEAN, an individual; SAN
   JUAN UNIFIED SCHOOL DISTRICT; and DOES
23 1-50,

        Defendants.
24

25 / / /

26 / / /

27 / / /

28 / / /

---

STIPULATION TO CONTINUE TRIAL DATE AND ORDER THEREON (Case No.: 2:04-cv-01971-MCE-EFB) - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS the trial date of May 12, 2008 has been continued by the Court on its own motion
2  to August 25, 2008 and would present an unavoidable conflict for counsel for Plaintiff and also for
3  Plaintiff David Miller;
4  THE PARTIES HEREBY STIPULATE to continue the trial date of August 25, 2008 to
5  October 20, 2008 or October 27, 2008.

/s/Christian J. Martinez_____
Christian J. Martinez
Attorney for Plaintiff


/s/ Daniel R. Richardson (As authorized on May 6, 2008)
Daniel R. Richardson
Attorney for Defendants, Nasser Khatemi,
Hamid Assadian, and INSC


GOOD CAUSE EXISTS AND IT IS HEREBY ORDERED THAT:

The trial date of August 25, 2008 is hereby continued to October 20, 2008 in Courtroom 7 at 9:00 a.m.

IT IS SO ORDERED.

DATED: May 7, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

STIPULATION TO CONTINUE TRIAL DATE AND ORDER THEREON (Case No.: 2:04-cv-01971-MCE-EFB) - 2

PDF created with pdfFactory trial version www.pdffactory.com