```
                                              FILED
                                              NOV 1 3 2008
                                         CLERK, U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                        BY _____
                                                DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., | No. 2:04-cv-01971-MCE-EFB |
| Plaintiff, | |
| v. | **JURY COMMUNICATION** |
| INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, et al., | |
| Defendants. | |

**JURY COMMUNICATION RECEIVED**

Date: 11/13/08

Time: 12:30 PM

Signed: Joel Carrignan

Communication from jury:

"We are missing the pages of patent 932 that define Claims 1 & 2. (Exhibit 40) Can we please have these pages for our review?"

///
///
///
///

| | |
|---|---|
| 1 | **REPLY FROM COURT** |
| 2 | Date sent to jury: 11/13/08 |
| 3 | Time sent to jury: 2:15 PM |
| 4-6 | Plaintiff's Exhibit 40A replaces Plaintiff's Exhibit 40 in its entirety. Please return Plaintiff's Exhibit 40 to the Courtroom Clerk. |

DATE: 11.13.08

*(signature)*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE