FILED
NOV 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WORDTECH SYSTEMS, INC., a California corporation,

Plaintiff,

v.

INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, et al.,

Defendants.

Case No.: 2:04-cv-01971-MCE-EFB

**JOINT VERDICT FORM**

We, the jury, unanimously find as follows:

///

////

///

///

///

///

///

///

///

///

## I. INFRINGEMENT

### A. Defendant INSC

Has WordTech proved by a preponderance of evidence that Robocopier 8000 infringes the following claims of Patent 298? (A "Yes" answer is for WordTech and a "No" answer is for INSC.)

| | Claim 1 | | Claim 2 | | Claim 3 | | Claim 12 | | Claim 13 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 14 | | Claim 15 | | Claim 16 | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 3, 12, 13, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that Robocopier 600 infringes the following claims of Patent 298? (A "Yes" answer is for WordTech and a "No" answer is for INSC.)

| | Claim 12 | | Claim 13 | | Claim 14 | | Claim 15 | | Claim 16 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 12, 13, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 8000 infringes Patent 198 ? (A "Yes" answer is for WordTech and a "No" answer is for INSC.)

| | Claim 1 | | Claim 2 | | Claim 6 | | Claim 7 | | Claim 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 9 | | Claim 10 | | Claim 11 | | Claim 12 | | Claim 14 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 15 | | Claim 16 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 600 infringes Patent 198 ? (A "Yes" answer is for WordTech and a "No" answer is for INSC.)

| | Claim 1 | | Claim 2 | | Claim 6 | | Claim 7 | | Claim 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 9 | | Claim 10 | | Claim 11 | | Claim 12 | | Claim 14 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | **Claim 15** | | **Claim 16** | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 8000 infringes Patent 932 ? (A "Yes" answer is for WordTech and a "No" answer is for INSC)

| | **Claim 1** | | **Claim 2** | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2.

Has WordTech proved by a preponderance of evidence that the Robocopier 600 infringes Patent 932 ? (A "Yes" answer is for WordTech and a "No" answer is for INSC)

| | Claim 1 | | Claim 2 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2.

**B. Defendant Hamid Assadian**

Has WordTech proved by a preponderance of evidence that Robocopier 8000 infringes the following claims of Patent 298? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian.)

| | Claim 1 | | Claim 2 | | Claim 3 | | Claim 12 | | Claim 13 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 14 | | Claim 15 | | Claim 16 | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 3, 12, 13, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that Robocopier 600 infringes the following claims of Patent 298? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian.)

| | Claim 12 | | Claim 13 | | Claim 14 | | Claim 15 | | Claim 16 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 12, 13, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 8000 infringes Patent 198 ? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian.)

| | Claim 1 | | Claim 2 | | Claim 6 | | Claim 7 | | Claim 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 9 | | Claim 10 | | Claim 11 | | Claim 12 | | Claim 14 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 15 | | Claim 16 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 600 infringes Patent 198 ? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian.)

| | Claim 1 | | Claim 2 | | Claim 6 | | Claim 7 | | Claim 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 9 | | Claim 10 | | Claim 11 | | Claim 12 | | Claim 14 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 15 | | Claim 16 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 8000 infringes Patent 932 ? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian)

| | Claim 1 | | Claim 2 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2.

Has WordTech proved by a preponderance of evidence that the Robocopier 600 infringes Patent 932 ? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian)

| | Claim 1 | | Claim 2 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2.

C. **Defendant Nasser Khatemi**

Has WordTech proved by a preponderance of evidence that Robocopier 8000 infringes the following claims of Patent 298? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi.)

| | Claim 1 | | Claim 2 | | Claim 3 | | Claim 12 | | Claim 13 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 14 | | Claim 15 | | Claim 16 | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 3, 12, 13, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that Robocopier 600 infringes the following claims of Patent 298? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi.)

| | Claim 12 | | Claim 13 | | Claim 14 | | Claim 15 | | Claim 16 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 12, 13, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 8000 infringes Patent 198 ? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi.)

| | Claim 1 | | Claim 2 | | Claim 6 | | Claim 7 | | Claim 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 9 | | Claim 10 | | Claim 11 | | Claim 12 | | Claim 14 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 15 | | Claim 16 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 600 infringes Patent 198 ? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi.)

| | Claim 1 | | Claim 2 | | Claim 6 | | Claim 7 | | Claim 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 9 | | Claim 10 | | Claim 11 | | Claim 12 | | Claim 14 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | | X | | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | | X | | X | | X | |

| | Claim 15 | | Claim 16 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16.

Has WordTech proved by a preponderance of evidence that the Robocopier 8000 infringes Patent 932 ? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi)

| | Claim 1 | | Claim 2 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2.

Has WordTech proved by a preponderance of evidence that the Robocopier 600 infringes Patent 932 ? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi)

| | Claim 1 | | Claim 2 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| (A) Inducing Infringement in the U.S. | X | | X | |
| (B) Contributing to infringement in the U.S. | X | | X | |

Please answer "Yes" or "No" for each of A and B as it pertains to each of the Claims 1, 2

## II. **Infringement Detail**

If you found infringement of at least one valid claim of either Patent 298, Patent 198, or Patent 932, answer the question below for the appropriate patent.

Has WordTech proved that any valid claim of these patents was infringed by INSC? (A "Yes" answer is for WordTech and a "No" answer is for INSC.)

Patent 298: Yes X No ______

Patent 198: Yes X No ______

Patent 932: Yes X No ______

Has WordTech proved that any valid claim of these patents was infringed by Hamid Assadian? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian.)

Patent 298: Yes X No ______

Patent 198: Yes X No ______

Patent 932: Yes X No ______

Has WordTech proved that any valid claim of these patents was infringed by Nasser Khatemi? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi.)

Patent 298: Yes X No ______

Patent 198: Yes X No ______

Patent 932: Yes X No ______

**III. DAMAGES**

If you found infringement of at least one valid claim, please answer the following questions regarding your damages award:

Do not provide the answer for a patent in which you do not find at least one valid and infringed claim.

A. What amount of damages has WordTech proved by a preponderance of evidence?

Patent 298: Amount: $ 150,000.00

(If the above amount was based upon a running royalty rather than a lump sum, what percentage or per unit rate did you use? _____ )

Patent 198: Amount: $ 50,000.00

(If the above amount was based upon a running royalty rather than a lump sum, what percentage or per unit rate did you use? _____ )

Patent 932: Amount: $ 50,000.00

(If the above amount was based upon a running royalty rather than a lump sum, what percentage or per unit rate did you use? _____ )

## IV. WILLFULLNESS

If you found infringement of at least one valid claim of either Patent 298, Patent 198, or Patent 932, answer the question below for the appropriate patent.

Has WordTech proved that any valid claim of these patents was willfully infringed by INSC? (A "Yes" answer is for WordTech and a "No" answer is for INSC.)

Patent 298: Yes X No ______

Patent 198: Yes X No ______

Patent 932: Yes X No ______

Has WordTech proved that any valid claim of these patents was willfully infringed by Hamid Assadian? (A "Yes" answer is for WordTech and a "No" answer is for Hamid Assadian.)

Patent 298: Yes X No ______

Patent 198: Yes X No ______

Patent 932: Yes X No ______

Has WordTech proved that any valid claim of these patents was willfully infringed by Nasser Khatemi? (A "Yes" answer is for WordTech and a "No" answer is for Nasser Khatemi.)

Patent 298: Yes X No ______

Patent 198: Yes X No ______

Patent 932: Yes X No ______

**Please date and sign the Verdict Form and return it to the Court.**

Dated: 11/17/08

[signature]
Foreperson