Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@richardsonlaw.com

Attorney for Defendants
HAMID ASSADIAN
NASSER KHATEMI
INTEGRATED NETWORK SOLUTIONS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., a California Corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>INTEGRATED NETWORK SOLUTIONS, Inc. a Nevada corporation Corp. DBA INTEGRATED NETWORK SOLUTIONS CORP. AKA INTEGRATED NETWORK SOLUTIONS AKA INTEGRATED SYSTEMS AKA INTERNET NETWORK STORAGE COMPANY, AKA INSC; NASSER KHATEMI, an individual, HAMID ASSADIAN, an Individual, EHTERAM GHODSIAN, an individual, SHOHREH JAVADI, an individual, MICHAEL F. ELLSWORTH, an individual; BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1 – 50,<br><br>         Defendants<br><br>AND RELATED CROSS-ACTION | Case No.: **CIV S 04-1971 MCE**<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S BRIEF FOR ATTORNEY'S FEES**<br><br>Hearing Date: **February 20, 2009**<br>Time:    **09:00 AM**<br>Courtroom:   7<br>Judge:  Hon. Morrison C. England |

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S BRIEF FOR ATTORNEY'S FEES

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Due to Defendant's counsel having an out-of-state family commitment on February 20, 2009,
2  Plaintiff's counsel has graciously stipulated to continue the presently scheduled hearing on Plaintiff's
3  brief in support of Attorney's fees, interest and other costs to March 5, 2009 at 2:00 PM.

Dated: January 22, 2009

RICHARDSON INTELLECTUAL PROPERTY LAW, Prof. Corp.

_____
Daniel R. Richardson, Esq.
Attorney for Defendants

Date: January 22, 2009

WORDTECH, INC.

/s/
_____
Christian Martinez, Esq.
Attorney for Plaintiff Wordtech, Inc.

WORDTECH, INC.

/s/
_____
Richard Esty Peterson, Esq.
Attorney for Plaintiff Wordtech, Inc.

  IT IS SO ORDERED

DATED: January 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S BRIEF FOR ATTORNEY'S FEES

2

PDF created with pdfFactory trial version www.pdffactory.com