UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEGRATED NETWORK SOLUTIONS, INC., dba INTEGRATED NETWORK SOLUTIONS, CORP. aka INTEGRATED NETWORK SOLUTIONS aka INTEGRATED SYSTEMS aka INTEGRATED NETWORK STORAGE COMPANY aka INSC; et al.,<br><br>    Defendants. | No. 2:04-cv-01971-MCE-EFB<br><br><br><br>ORDER |

----oo0oo----

On Friday, May 29, 2009, the Court received an ex parte communication (Docket No. 287) from Defendant Hamid Assadian. Such communication with the Court is improper, and Defendant is admonished that neither he nor any other party is permitted to contact the Court directly.

///

///

///

1

Additionally, the Court construes the instant communication as a Motion for Reconsideration of the Court's original Order denying Defendants' post-trial Motions (Docket No. 285).  No reconsideration of those decisions is warranted, and Defendants' Motion is hereby denied.

IT IS SO ORDERED.

Dated: June 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE