Daniel R. Richardson, Esq., SBN 165601
Richardson Intellectual Property Law, Prof. Corp.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@richardsonlaw.com

Attorney for Defendants
HAMID ASSADIAN
NASSER KHATEMI
INTEGRATED NETWORK SOLUTIONS CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., a California Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>INTEGRATED NETWORK SOLUTIONS,  Inc. a Nevada  corporation Corp. DBA INTEGRATED NETWORK SOLUTIONS CORP. AKA INTEGRATED NETWORK SOLUTIONS AKA INTEGRATED SYSTEMS AKA INTERNET NETWORK STORAGE COMPANY, AKA INSC; NASSER KHATEMI, an individual, HAMID ASSADIAN, an Individual, EHTERAM GHODSIAN, an individual, SHOHREH JAVADI, an individual, MICHAEL F. ELLSWORTH, an individual; BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1 – 50,<br><br>        Defendants<br><br>AND RELATED CROSS-ACTION | Case No.: **CIV S 04-1971 MCE EFB**<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEYS; ORDER**<br> **(L.R. 83-182(b))** |

SUBSTITUTION OF ATTORNEYS
1

PDF created with pdfFactory trial version www.pdffactory.com

1

Defendants HAMID ASSADIAN, NASSER KHATEMI and INTEGRATED NETWORK

2

SOLUTIONS CORP. desire to substitute attorneys for the purposes of proceeding with an appeal in

3

this action.  Defendants ASSADIAN and KHATEMI hereby withdraw the previous proposed

4

Substitutions of Attorneys filed on their behalf.

5

The new attorney is:

6

7

Michael E. Chase
BOUTIN GIBSON DI GIUSTO HODELL INC.
555 Capitol Mall, Suite 1500

8

Sacramento, CA  95814
Tel.: (916) 321-4444

9

Fax: (916) 441-7597
email: mchase@boutininc.com

10

11

Defendant ASSADIAN consents to this substitution:        _____/s/_____

12

Hamid Assadian

13

Defendant KHATEMI consents to this substitution:        _____/s/_____

14

Nasser Khatemi

15

Defendant INTEGRATED NETWORK SOLUTIONS CORP. consents to this substitution:

16

INTEGRATED NETWORK SOLUTIONS CORP.

17

18

By: ___/s/_____
Its: _____

19

Withdrawing attorney Daniel L. Richardson consents to this substitution:

20

21

____/s/_____

22

New attorney Michael E. Chase consents to this substitution:

23

____/s/_____

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS
2

147601.1

**ORDER**

Given the above stipulation for Substitution of Attorneys, Attorney Michael E. Chase is substituted in as counsel for Defendants in the stead of Attorney Daniel L. Richardson, who formerly represented Defendants and is hereby discharged of said representation.  Given this substitution, and the withdrawal of the previous substitution requests submitted to the Court for purposes of designating Defendants Khatemi and Assadian as representing themselves in pro se, Defendant Assadian's Motion for Relief from Judgment filed June 19, 2009 (Docket No. 293) is stricken from the Docket as improper.  No further action will be taken by the Court with respect to that Motion.

IT IS SO ORDERED.

DATED: June 25, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF ATTORNEYS
3

147601.1

PDF created with pdfFactory trial version www.pdffactory.com