UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMENDED JUDGMENT IN A CIVIL CASE

WORDTECH SYSTEMS INC,

      CASE NO: 2:04-cv-01971 MCE EFB

   V.

INTEGRATED NETWORK SOLUTIONS,
CORP, ET AL.,

_____

XX    Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED AGAINST DEFENDANTS IN ACCORDANCE WITH THE JURY VERDICT ENTERED ON 11/17/2008 (Doc No. 244) AND THE COURT'S ORDERS OF 4/13/2009 (Doc. No. 273) AND 10/6/2009 (Doc. No. 336).

                                            Victoria C. Minor
                                            Clerk of Court

ENTERED: November 4, 2009

                                            by _/s/D. Waggoner_____
                                                        Deputy Clerk