IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WORDTECH SYSTEMS, INC.,

      Plaintiff,                                 No. CIV S-04-1971 MCE EFB

      vs.

INTEGRATED NETWORK
SOLUTIONS, INC., et al.,

      Defendants.                     <u>ORDER</u>

      On March 25, 2010, the undersigned issued an order which, among other things, granted plaintiff's motion to compel defendant Ehteram Ghodsian to respond to judgment interrogatories and production demands; granted plaintiff's related request for sanctions; ordered Ghodsian to respond to plaintiff's judgment interrogatories and production demands within fourteen days; and ordered Ghodsian to reimburse plaintiff for its expenses incurred in making its motion to compel, in the total amount of $562.50, within thirty days. Dckt. No. 379.

      On April 2, 2010, Ghodsian filed a letter with the court regarding her "serious medical issues" and financial hardship. Dckt. No. 380. The court will construe Ghodsian's letter, in part, as a request for reconsideration by the undersigned of the March 25, 2010 order, pursuant to Local Rule 303.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Ghodsian's April 2, 2010 letter to the court is construed, in part, as a request for reconsideration by the undersigned of the March 25, 2010 order, pursuant to Local Rule 303.

2. Plaintiff is directed to file an opposition or statement of non-opposition to the request for reconsideration on or before May 12, 2010.

3. On or before May 26, 2010, defendant Ghodsian may file a reply to any opposition filed by plaintiff.

Dated: May 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE