# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, dba INTEGRATED NETWORK SOLUTIONS, CORP. aka INTEGRATED NETWORK SOLUTIONS aka INTEGRATED SYSTEMS aka INTERNETNETWORK STORAGE COMPANY aka INSC; NASSER KHATEMI, an individual; HAMID ASSADIAN, an individual; EHTERAM GHODSIAN, an individual; SHOREH JAVADI, an individual; MICHAEL E. ELLSWORTH, an individual; BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1-50,<br><br>　　　　Defendants. | **Case No. 2:04-cv-01971-MCE-EFB**<br><br>**ORDER**<br><br>**Courtroom: 7**<br>**District Judge: Morrison C. England, Jr.**<br>**Mag. Judge: Edmund F. Brennan** |

## ORDER

IT IS SO ORDERED. For good cause, the effect of this Court's June 14, 2010 Order is stayed pending issuance of mandate by the Federal Circuit Court of Appeals.

Dated: June 24, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

Stipulation to Stay Court's June 14, 2010 Order; [Proposed] Order

162387.1