1  CHRISTIAN J. MARTINEZ (State Bar No. 215360)
   2500 Dean Lesher Drive, Suite A
2  Concord, CA 94520
   Telephone: (925) 689-1200
3  Facsimile: (925) 689-1263
   cmartinez@copypro.com
4  Attorney for Plaintiff
   Wordtech Systems, Inc.
5
   BOUTIN JONES INC.
6  Michael E. Chase, SBN 214506
   Kevin C. Davis, SBN 253425
7  555 Capitol Mall, Suite 1500
   Sacramento, CA  95814
8  Tel.: (916) 321-4444
   Fax: (916) 441-7597
9  Attorneys for Defendants Hamid Assadian and
   Integrated Network Solutions Corp.
10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14 WORDTECH SYSTEMS, INC., a California corporation, | Case No. 2:04-cv-01971-MCE-EFB |
| 15 | |
| 16         Plaintiff, | **STIPULATION TO VACATE COURT'S JUNE 14, 2010 ORDER; ORDER** |
| 17 v. | |
| 18 INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, dba INTEGRATED NETWORK SOLUTIONS, CORP. aka | Courtroom: 7 District Judge: Morrison C. England, Jr. |
| 19 INTEGRATED NETWORK SOLUTIONS aka INTEGRATED SYSTEMS aka | Mag. Judge: Edmund F. Brennan |
| 20 INTERNETNETWORK STORAGE COMPANY aka INSC; NASSER KHATEMI, | |
| 21 an individual; HAMID ASSADIAN, an individual; EHTERAM GHODSIAN, an | |
| 22 individual; SHOREH JAVADI, an individual; MICHAEL E. ELLSWORTH, an individual; | |
| 23 BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1- | |
| 24 50, | |
| 25         Defendants. | |

26

27 ///

28                                         -1-

Stipulation to Vacate Court's June 14, 2010 Order; [Proposed] Order

336776.1

PDF created with pdfFactory trial version www.pdffactory.com

      Plaintiff Wordtech Systems, Inc. and Defendants Hamid Assadian and Integrated Network Solutions Corp. (collectively, "Parties"), through their below-signed counsel, hereby stipulate as follows:

1. On June 14, 2010, this Court issued an Order (Docket #398). The Order, among other things, required assignment to Wordtech Systems, Inc. of various rights associated with Hamid Assadian's beneficial interest in MAA Investments, LLC. The June 14, 2010 Order was premised upon the Amended Judgment which was entered against Hamid Assadian by this Court on April 13, 2009 (Docket # 274).

2. Defendants Hamid Assadian, Nasser Khatemi, and Integrated Network Solutions, Corp. appealed this Court's April 13, 2009 Judgment to the United States Court of Appeals for the Federal Circuit ("Court of Appeals"). On June 16, 2010, the Court of Appeals issued a decision and judgment that, among other things, reversed this Court's denial of Defendants' motion for new trial on Hamid Assadian's individual liability for direct infringement, inducement, and contributory infringement. The Court of Appeals further reversed the denial of Defendants' motion for new trial on damages and remanded for further proceedings.

3. Pursuant to Federal Rule of Appellate Procedure 41, the Court of Appeals must issue its mandate after the time to petition for rehearing expires.

4. The Parties stipulated to this Court staying the above referenced June 14, 2010 Order pending issuance of mandate by the Court of Appeals. The Court of Appeals issued mandate on September 29, 2010.

5. Wordtech Systems, Inc. does not object to this Court vacating the above referenced June 14, 2010 Order.

///
///
///
///
///

-2-
Stipulation to Vacate Court's June 14, 2010 Order; [Proposed] Order
336776.1
PDF created with pdfFactory trial version www.pdffactory.com

6. The Parties stipulate and agree that this Court's June 14, 2010 Order be vacated.

IT IS SO AGREED:

Date: October 8, 2010

By:   /s/ Christian Martinez authorized on October 8, 2010
Christian Martinez
Attorney for Plaintiff Wordtech Systems, Inc.

Date: October 8, 2010    BOUTIN JONES INC.

By: /s/ Michael E. Chase
Michael E. Chase
Attorneys for Defendants Hamid Assadian and
Integrated Network Solutions Corp.

### ORDER

IT IS SO ORDERED. For good cause, this Court's June 14, 2010 Order is vacated.

Dated: October 19, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

Stipulation to Vacate Court's June 14, 2010 Order; [Proposed] Order

336776.1

PDF created with pdfFactory trial version www.pdffactory.com