JON STANLEY HEIM (CA SBN. 105808)
HARPER & HEIM, LAWYERS
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone: (415) 492-2853
Facsimile: (510) 964-7661
Jshinslaw@gmail.com

MARILYN A. HARPER (CA SBN. 263219)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
marilyn@wordtechsystems.com

RICHARD ESTY PETERSON (CA SBN. 41013)
Patent Attorney
537 Valley Street
San Francisco, CA 94131
Telephone: (415) 826-3921
sfreptile@mac.com

Attorneys for Plaintiff,
WORDTECH SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS, INC., a California Corporation,<br><br>    Plaintiff,<br>v.<br><br>INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, dba INTEGRATED NETWORK SOLUTIONS, CORP. aka INTEGRATED NETWORK SOLUTIONS aka INTEGRATED SYSTEMS aka INTERNETNETWORK STORAGE COMPANY aka INSC; NASSER KHATEMI, an individual; HAMID ASSADIAN, an individual; EHTERAM GHODSIAN, an individual; SHOREH JAVADI, an individual; MICHAEL F. ELLSWORTH, an individual; BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1-50,<br>    Defendants. | Case No.: 2:04-cv-01971-TLN-EFB<br><br>**NOTICE OF RELIEF FROM AUTOMATIC STAY** |
| AND RELATED COUNTERCLAIMS | |

1 | TO THE COURT, TO ALL PARTIES AND TO COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE that on April 4, 2013 the Honorable Scott C. Clarkson for the United States Bankruptcy Court for the Central District of California granted a relief from the automatic stay so that *Wordtech Systems, Inc. v. Integrated Network Solutions, Inc.,* U.S.D.C., N. D.Cal. No. 2:04-cv-01971-MCE-EFB may proceed to judgment and through appeal, if any, as against Mr. Nasser Antonio Khatemi. The Order is attached hereto as Exhibit A.

Date:  April 5, 2013

RESPECTFULLY SUBMITTED,

*/s/ Marilyn A. Harper*
Marilyn A. Harper,
Attorney for Plaintiff,
Wordtech Systems, Inc.

## PROOF OF SERVICE

I, Marilyn Harper, declare that I am over the age of eighteen and not a party to this action. My business address is 2500 Dean Lesher Dr., Suite A, which is located in Concord, California, where the service described below took place.

On the date below, at my place of business at Concord, California, a copy of the following document(s):

**NOTICE OF RELIEF FROM AUTOMATIC STAY**

addressed to:

HAMID ASSADIAN
22 Nerval
New Port Beach, CA 92657

NASSER KHATEMI
24961 Via Portola
Laguna Niguel, CA 92677

Ehteram Ghodsian
24961 Via Portola
Laguna Niguel, CA 92677

[X]   BY U.S. FIRST CLASS MAIL: I placed the above documents in a sealed envelope for deposit in the United States Postal Service, with first class postage fully prepaid, and that envelope was placed for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 5, 2013, at Concord, California.

_____
Marilyn Harper