JON STANLEY HEIM (CA SBN. 105808)
HARPER & HEIM, LAWYERS
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone: (415) 492-2853
Facsimile: (510) 964-7661
Jshinslaw@gmail.com

MARILYN A. HARPER (CA SBN. 263219)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
marilyn@wordtechsystems.com

RICHARD ESTY PETERSON (CA SBN. 41013)
Patent Attorney
537 Valley Street
San Francisco, CA 94131
Telephone: (415) 826-3921
sfreptile@mac.com

Attorneys for Plaintiff,
WORDTECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>INTEGRATED NETWORK SOLUTIONS, INC., a Nevada corporation, dba INTEGRATED NETWORK SOLUTIONS, CORP. aka INTEGRATED NETWORK SOLUTIONS aka INTEGRATED SYSTEMS aka INTERNETNETWORK STORAGE COMPANY aka INSC; NASSER KHATEMI, an individual; HAMID ASSADIAN, an individual; EHTERAM GHODSIAN, an individual; SHOREH JAVADI, an individual; MICHAEL F. ELLSWORTH, an individual; BRIAN J. DEAN, an individual; SAN JUAN UNIFIED SCHOOL DISTRICT; and DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:04-cv-01971-TLN-EFB<br><br>**STIPULATION TO DISMISSAL AND ORDER THEREON**<br><br>**Judge:  Hon. Troy L. Nunley** |

1   WHEREAS Plaintiff Wordtech Systems, Inc. and Defendants Integrated Network Solutions,
2   Inc. ("INSC"), Nasser Khatemi, an individual, Hamid Assadian, an individual and Ehteram Ghodsian,
3   an individual (collectively, "Parties") have settled the above action;
4   WHEREAS the Parties intend the settlement to be the full and final resolution of all claims and
5   counterclaims in the above action;
6   It is hereby stipulated that:
7   1.  The above-entitled case shall be dismissed with prejudice as to all Parties and all claims and
8   counterclaims;
9   2.  The Conditional Settlement And Mutual Release Agreement, fully-executed and delivered on
10      August 4, 2014, all conditions having been met, is incorporated in this Order as though fully set
11      forth herein (" Agreement");
12  3.  The Agreement, and each of its terms, is binding on the Parties;
13  4.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DATE: 09/09/2014   INTEGRATED NETWORK SOLUTIONS, INC.

BY:   */s/ Ehteram Ghodsian*_____
Ehteram Ghodsian, President

DATE:  09/09/2014   ____*/s/ Hamid Assadian*_____
MR. HAMID ASSADIAN, an individual

DATE:  09/09/2014   ____*/s/ Nasser Khatemi*_____
MR. NASSER KHATEMI, an individual

DATE:  09/098/2014   ____*/s/ Ehteram Ghodsian*_____
MS. EHTERAM GHODSIAN, an individual

DATE:  09/09/2014   WORDTECH SYSTEMS, INC.

BY:   */s/ Marilyn Harper*_____
Marilyn Harper,
Counsel for Wordtech Systems, Inc.

28

1   IT IS SO ORDERED.

2   Dated: September 10, 2014

_____
Troy L. Nunley
United States District Judge